FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 2 1 2019

BY
DEPUTY_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:19-CR-44 Judge JCB/KNM |
| WANDA COLEMAN-GORDON | § | |

# INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

**General Allegations**

At all times relevant to this Indictment:

1.      American Postal Workers Union, Local Union No. 1477, was a labor organization as defined in the Labor-Management Reporting Disclosure Act of 1959, 29 U.S.C. 401, *et seq.*

2.      Local 1477 was engaged in an industry affecting interstate and foreign commerce.

**Count One**

Violation: 29 U.S.C. § 501(c)
(Embezzlement and Theft of
Labor Union Assets)

1.      The General Allegations section of this Indictment is realleged and incorporated by reference as though fully set forth herein.

2.      Beginning in or about January 2010, and continuing until in or about April 2018, in the Eastern District of Texas, defendant **Wanda Coleman-Gordon**, while an officer, that is, Secretary-Treasurer, of and a person employed, directly and indirectly, by

American Postal Workers Union, Local Union No. 1477, a labor organization engaged in an industry affecting commerce, did embezzle and steal and unlawfully and willfully abstract and convert to her own use and the use of another the monies, funds, property, and other assets of said labor organization.

In violation of 29 U.S.C. § 501(c).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461

As the result of committing the foregoing offense alleged in this indictment, the defendant herein shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461:

1. any property constituting, or derived from, and proceeds the defendant obtained, directly or indirectly, as the result of such violation(s); and

2. any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

### Cash Proceeds:

A sum of money equal to $71,063.49 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendant as a result of the offense(s) alleged in this indictment, for which the defendant is personally liable.

### Substitute Assets:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendant.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461.

A TRUE BILL

Date: 08/21/19

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1439 Fax

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 6:19-CR-___ <br> Judge _____ |
| WANDA COLEMAN-GORDON | § | |

## NOTICE OF PENALTY

### COUNT ONE

VIOLATION:   29 U.S.C. § 501(c)

PENALTY:   Imprisonment of not more than five years; a fine of $250,000; a term of supervised release of not more than three years.

SPECIAL ASSESSMENT:   $100.00