UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cr-0044

**United States of America,**
*Plaintiff,*
v.
**Wanda Coleman-Gordon,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On August 21, 2019, defendant was charged by indictment with embezzlement and theft of labor union assets, in violation of 29 U.S.C. § 501(c). Doc. 1. Defendant entered into an agreement to plead guilty to that offense (Doc. 16) and consented to have a magistrate judge take her guilty plea (Doc. 15). The plea agreement contains a sentencing agreement pursuant to Fed. R. of Crim. P. 11(c)(1)(C). Doc. 16 ¶ 4. Magistrate Judge K. Nicole Mitchell conducted a change-of-plea hearing and issued findings and a recommendation that the court accept the guilty plea. At the hearing, the parties waived their right to object to the findings and recommendation. The court now **accepts** the magistrate judge's findings and recommendation, **accepts** defendant's guilty plea, and, pursuant to Fed. R. Crim. P. 11(c)(3)(A), **defers** a decision on accepting the plea agreement until the court has reviewed the presentence report.

*So ordered by the court on November 13, 2019.*

J. CAMPBELL BARKER
United States District Judge